**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Barbetta, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | FDBA  Hester 1996 Family Limited Partnership<br>FDBA  South Pollock Street Development & Sign Co., LLC<br>FDBA  Hester 5, LLC<br>FDBA  Hester 8, LLC |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 56-2165025 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 207 S. Pollock Street<br>Selma, NC 27576 | P.O. Box 97<br>Selma, NC 27576 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Johnston | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Barbetta, LLC
_____
Name

Case number (*if known*) _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | Eastern District of North Carolina | When | 6/06/11 | Case number | 11-04370-8-JRL |
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | | | | Relationship | |
| District | | When | | Case number, if known | |

Debtor   Barbetta, LLC
_____
　　　　Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Barbetta, LLC
      Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 27, 2018
           MM / DD / YYYY

**X** /s/ Ronald J. Hester
Signature of authorized representative of debtor

Ronald J. Hester
Printed name

Title    Member Manager

**18. Signature of attorney**

**X** /s/ Trawick Stubbs - Laurie B. Biggs
Signature of attorney for debtor

Date    July 27, 2018
      MM / DD / YYYY

Trawick Stubbs - Laurie B. Biggs 4221 - 31845
Printed name

Stubbs & Perdue, P.A.
Firm name

PO Box 1654
New Bern, NC 28563
Number, Street, City, State & ZIP Code

Contact phone    252-633-2700        Email address    tstubbs@stubbsperdue.com

4221 - 31845 NC
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Barbetta, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## ■  Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule* _____
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 27, 2018                     **X** /s/ Ronald J. Hester
                                                Signature of individual signing on behalf of debtor

                                                Ronald J. Hester
                                                Printed name

                                                Member Manager
                                                Position or relationship to debtor

Official Form 202                     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Barbetta, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| KeyBank National Assoc. Attn: Managing Agent 5935 Carnegie Blvd Charlotte, NC 28209 | | Commercial building located at 1329 Brightleaf Blvd., Bldg. C, Smithfield NC | | $180,549.59 | $241,190.00 | $113,446.36 |
| Rapid Advance Attn: Managing Agent 7316 Wisconson Avenue Bethesda, MD 20814 | | | Disputed | | | $96,990.00 |
| KeyBank National Assoc. Attn: Managing Agent 5935 Carnegie Blvd Charlotte, NC 28209 | | Two Properties: 300 S. Sharpe Street, Selma NC (valued $233,660) 113 E. Railroad Street, Selma NC (78,200) | | $167,487.59 | $311,860.00 | $80,122.77 |
| LG Funding Services Attn: Manager, Officer, Agent 1218 Union Street, Ste. 2 Brooklyn, NY 11225 | | | Disputed | | | $70,620.30 |
| VFC Partners 14, LLC c/o Will Esser 401 S Tryon St Charlotte, NC 28202 | | 2201 Brewer Road, Winston Salem NC | | $963,600.50 | $931,600.00 | $32,000.50 |
| City of Burlington Attn: Manager or Agent PO Box 1358 Burlington, NC 27216 | | | | | | $7,177.30 |
| City of Elizabethtown Attn: Manager or Agent 805 W Broad St Elizabethtown, NC 28337 | | | | | | $3,376.47 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Barbetta, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alamance County Tax Collector Attn: Manager or Agent 124 West Elm Street Graham, NC 27253 | | | | | | $0.00 |
| Bladen County Tax Collector Attn: Manager or Agent 201 E. King Street Elizabethtown, NC 28337 | | | | | | $0.00 |
| Buncombe County Tax Coll. Attn: Manager or Agent 94 Coxe Avenue Asheville, NC 28801 | | | | | | $0.00 |
| Cabarrus County Tax Office Attn: Manager or Agent 65 Church St S Concord, NC 28025 | | | | | | $0.00 |
| Cumberland County Tax Coll. Attn:  Manager or Agent P.O. Box 363 Fayetteville, NC 28302 | | | | | | $0.00 |
| Davidson County Tax Collector Attn: Manager or Agent 913 Greensboro St Lexington, NC 27292 | | | | | | $0.00 |
| Durham County Tax Collector Attn: Manager or Agent 200 E. Main Street Durham, NC 27701 | | | | | | $0.00 |
| Forsyth Co Tax Collector Attn: Managing Agent 201 N Chestnut St Winston Salem, NC 27101 | | | | | | $0.00 |

| Debtor | Barbetta, LLC | | Case number *(if known)* | |
|--------|---------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Franklin County Tax Collector Attn: Manager, Agent, Officer 215 E Nash St #102 Louisburg, NC 27549 | | | | | | $0.00 |
| Granville Co. Tax Collect Attn:  Manager or Agent P.O. Box 219 Oxford, NC 27565 | | | | | | $0.00 |
| Harnett Co Tax Collector Attn: Manager or Agent 350 W Cornelius Harnett Blvd Suite 101 Lillington, NC 27546 | | | | | | $0.00 |
| Interstate Glass Attn: Manager or Agent PO Box 809 Smithfield, NC 27577 | | | | Unknown | $0.00 | Unknown |
| Johnston Co. Tax Collector Attn: Manager, Agent, Officer P.O. Box 451 Smithfield, NC 27577 | | | | | | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Barbetta, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................ $ ___23,054,561.00___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ $ ___153,620.67___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $ ___23,208,181.67___

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ ___15,062,067.48___

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................... $ ___10,553.77___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ ___167,610.30___

4. **Total liabilities** ..............................................................................................
   Lines 2 + 3a + 3b    $ ___15,240,231.55___

**Summary of Assets and Liabilities for Non-Individuals**

**Fill in this information to identify the case:**

Debtor name    Barbetta, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Citizens Bank | Checking | 6000 | $114,907.75 |
| 3.2. | First Citizens Bank | Tax | 6051 | $92.92 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                        $115,000.67
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | 123 N. Raiford Street, Selma NC | $37,520.00 |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Barbetta, LLC
          Name

Case number *(If known)* _____

Description, including name of holder of prepayment

| | |
|---|---|
| 9. **Total of Part 2.** | $37,520.00 |
| Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Miscellaneous office furniture located 207 S. Pollock Street, Selma NC | $0.00 | | $500.00 |
| | Furniture located at 100 W. Anderson Street, Selma | $0.00 | | $500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment | $0.00 | | $100.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card | | | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

| Debtor | Barbetta, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | $1,100.00 |
|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

- ■ No
- ☐ Yes

<hr>

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

<hr>

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  11 apartments located at 100 W. Anderson Street, Selma NC | Fee simple | $0.00 | | $342,950.00 |
| 55.2.  Office buildings located at<br>203, 205, and 205A S. Pollock Street, Selma NC (valued $137,860)<br>207 S. Pollock Street, Selma NC (valued $214510) | | $0.00 | | $352,370.00 |
| 55.3.  Commercial building located at 303 N. Church Street, Kenly NC | Fee simple | $0.00 | | $432,010.00 |
| 55.4.  20-30 Noble Street, Smithfield NC | Fee simple | $0.00 | | $292,080.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Barbetta, LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.5. | Commercial building located at 4312 W. Park Place, Durham NC | Fee simple | $0.00 | $924,529.00 |
| 55.6. | 2615 Alamance Road, Burlington NC | Fee simple | $0.00 | $578,746.00 |
| 55.7. | Properties located at: 427 E. Maple Avenue, Burlington NC 407 E. Maple Avenue, Burlington NC 5 Mebane Street, Burlington NC | Fee simple | $0.00 | $622,879.00 |
| 55.8. | 414 Chicago Drive, Fayetteville NC | Fee simple | $0.00 | $783,290.00 |
| 55.9. | 416, 420, & 424 Chicago Drive, Fayetteville NC | Fee simple | $0.00 | $535,615.00 |
| 55.10. | 426 Chicago Drive, Fayetteville NC | Fee simple | $0.00 | $492,768.00 |
| 55.11. | 215 Friendly Road, Asheboro NC | Fee simple | $0.00 | $355,090.00 |
| 55.12. | 5, 8, 12 Barbetta Drive, Asheville NC | Fee simple | $0.00 | $2,672,000.00 |
| 55.13. | Commercial building located at 205 Guffey Street, Salisbury NC | Fee simple | $0.00 | $361,119.00 |
| 55.14. | 106 Tarheel Court, Elizabeth City NC | Fee simple | $0.00 | $262,100.00 |
| 55.15. | 2359 S. Hwy 105, Boone NC | Fee simple | $0.00 | $1,066,300.00 |
| 55.16. | Commercial building located at 2950 W. Broad Street, Elizabethtown NC | Fee simple | $0.00 | $413,990.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Barbetta, LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.17. | 1065 Vinehaven Court, Concord NC | Fee simple | $0.00 | $1,762,800.00 |
| 55.18. | Two Properties located at:<br><br>5994 Caldwell Park Drive, Harrisburg NC ($1,007,070.00)<br>5998 Caldwell Park Drive, Harrisburg NC ($359,910.00) | Fee simple | $0.00 | $1,366,980.00 |
| 55.19. | 212 Hwy 49, Richfield, NC | Fee simple | $0.00 | $540,701.00 |
| 55.20. | 99 Rutherford Road, Candler NC | Fee simple | $0.00 | $1,235,500.00 |
| 55.21. | Commercial building located at 518 Lewis Street, Oxford NC | Fee simple | $0.00 | $278,701.00 |
| 55.22. | 414 Piedmont Drive, Lexington NC | Fee simple | $0.00 | $461,350.00 |
| 55.23. | 10 Medical Center, Henderson NC | Fee simple | $0.00 | $551,063.00 |
| 55.24. | 90 Tanglewood Drive, Louisburg NC | Fee simple | $0.00 | $515,980.00 |
| 55.25. | 224 Peedin Road, Smithfield NC | Fee simple | $0.00 | $569,870.00 |
| 55.26. | 2201 Brewer Road, Winston Salem NC | Fee simple | $0.00 | $931,600.00 |
| 55.27. | Two Properties:<br>300 S. Sharpe Street, Selma NC (valued $233,660)<br>113 E. Railroad Street, Selma NC (78,200) | Fee simple | $0.00 | $311,860.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Barbetta, LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.28 | 210-222 Peedin Road, Smithfield NC | Fee simple | $0.00 | $472,550.00 |
| 55.29 | 1006, 1010, and 1014 S. Pollock St., Selma, NC | Fee simple | $0.00 | $255,200.00 |
| 55.30 | Commercial building located at 1329 Brightleaf Blvd., Bldg. C, Smithfield NC | Fee simple | $0.00 | $241,190.00 |
| 55.31 | 86 Tanglewood Drive, Louisburg NC | Fee simple | $0.00 | $337,850.00 |
| 55.32 | 103 S. Raeford Street, Selma NC | Fee simple | $0.00 | $16,990.00 |
| 55.33 | 103 N. Raeford Street, Selma NC | | $0.00 | $75,050.00 |
| 55.34 | 101 N. Raeford Street | Fee simple | $0.00 | $76,000.00 |
| 55.35 | 102 N. Raeford Street, Selma NC | Fee simple | $0.00 | $75,070.00 |
| 55.36 | Approximately .57 acres located in Winston-Salem NC | Fee simple | $0.00 | $9,700.00 |
| 55.37 | Approximately 5 acres located in Selma, NC | Fee simple | $0.00 | $28,240.00 |
| 55.38 | 111 E. Railroad Street, Selma NC | Fee simple | Unknown | $0.00 |
| 55.39 | Commercial building located at 2948 W. Broad Street, Elizabethtown NC | Fee simple | $0.00 | $135,030.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Barbetta, LLC | Case number *(If known)* | |
|--------|---------------|--------------------------|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.40 · | 2009 Mesa Ct., Clayton NC (valued $222,940) 1329 Brightleaf Blvd, Bldg. A, B, D, Smithfield, NC (valued $723,570) 109-115 E. Oak St., Selma, NC (valued $363,090) 311 E. Lizzie St., Selma, NC (valued $59,260) 101 S. Raeford St., Selma, NC (valued $173,070) 214 W. Edgerton St., Dunn, NC (valued $272,130) 501 W. MLK Rd., Selma, NC (valued $80,000) | Fee simple | $0.00 | | $1,894,060.00 |
| 55.41 · | 1.32 acres, Brightleaf/Fieldale Dr., Smithfield, NC | | $0.00 | | $423,390.00 |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $23,054,561.00 |
|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Barbetta, LLC
          Name

Case number *(If known)*

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $115,000.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $37,520.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................> | | $23,054,561.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $153,620.67 | + 91b. $23,054,561.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $23,208,181.67 |

---

Schedule A/B Assets - Real and Personal Property

**Fill in this information to identify the case:**

Debtor name    Barbetta, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Bank OZK<br>Creditor's Name<br>Attn: Manager, Agent, Officer<br>4200 Park Road<br>Charlotte, NC 28209<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** 7901<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>215 Friendly Road, Asheboro NC<br><br><br>**Describe the lien**<br>Deed of Trust<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $280,811.88 | $355,090.00 |
| **2.2** Bank OZK<br>Creditor's Name<br>Attn: Manager, Agent, Officer<br>4200 Park Road<br>Charlotte, NC 28209<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** 5904;6201;6203<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>5, 8, 12 Barbetta Drive, Asheville NC<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $1,699,042.30 | $2,672,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  Barbetta, LLC
_____
Name

Case number (if know) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Bank OZK | | | | |
|---|---|---|---|---|---|

Creditor's Name

Attn: Manager, Agent, Officer
4200 Park Road
Charlotte, NC 28209
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
6202

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Commercial building located at 205 Guffey Street, Salisbury NC

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$333,398.22          $361,119.00

---

| 2.4 | Bank OZK | | | | |
|---|---|---|---|---|---|

Creditor's Name

Attn: Manager, Agent, Officer
4200 Park Road
Charlotte, NC 28209
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
5904

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Commercial building located at 12 Barbetta Drive, Asheville NC

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$554,275.90          $1,300,000.00

---

| 2.5 | Bedford Capital Trust 2001-1 | | | | |
|---|---|---|---|---|---|

Creditor's Name

Attn: Manager or Agent
333 Earle Ovington Blvd #900
Uniondale, NY 11553
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Uncancelled lien

$0.00          $0.00

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 15

Debtor    Barbetta, LLC
_____          Case number (if know) _____
Name

|  | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ■ No |
|  | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ■ Disputed |

---

| 2.6 | Interstate Glass | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Manager or Agent
PO Box 809
Smithfield, NC 27577
Creditor's mailing address

**Describe the lien**

| | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ■ No |
|  | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.7 | KeyBank National Assoc. | Describe debtor's property that is subject to a lien | $224,495.18 | $311,860.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Managing Agent
5935 Carnegie Blvd
Charlotte, NC 28209
Creditor's mailing address

Two Properties:
300 S. Sharpe Street, Selma NC (valued $233,660)
113 E. Railroad Street, Selma NC (78,200)

**Describe the lien**

| | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ■ No |
|  | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** 4650 | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

---

| Debtor | Barbetta, LLC | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. KeyBank National Assoc.
2. KeyBank National Assoc.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | KeyBank National Assoc. | Describe debtor's property that is subject to a lien | $309,784.21 | $472,550.00 |
|---|---|---|---|---|
| | Creditor's Name | 210-222 Peedin Road, Smithfield NC | | |

Attn: Managing Agent
5935 Carnegie Blvd
Charlotte, NC 28209
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
4643

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | KeyBank National Assoc. | Describe debtor's property that is subject to a lien | $110,660.12 | $255,200.00 |
|---|---|---|---|---|
| | Creditor's Name | 1006, 1010, and 1014 S. Pollock St., Selma, NC | | |

Attn: Managing Agent
5935 Carnegie Blvd
Charlotte, NC 28209
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
4646

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | KeyBank National Assoc. | Describe debtor's property that is subject to a lien | $174,086.77 | $241,190.00 |
|---|---|---|---|---|
| | Creditor's Name | Commercial building located at 1329 Brightleaf Blvd., Bldg. C, Smithfield NC | | |

Attn: Managing Agent
5935 Carnegie Blvd
Charlotte, NC 28209
Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   Barbetta, LLC
_____
Name

Case number (if know) _____

---

|  |  |  |  |
|---|---|---|---|

**Creditor's email address, if known**
_____

**Date debt was incurred**

**Last 4 digits of account number**
4641

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. KeyBank National Assoc.
2. KeyBank National Assoc.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | KeyBank National Assoc. | | $149,628.88 | $337,850.00 |

**Creditor's Name**
Attn: Managing Agent
5935 Carnegie Blvd
Charlotte, NC 28209
**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**
4643

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
86 Tanglewood Drive, Louisburg NC

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | KeyBank National Assoc. | | $180,549.59 | $241,190.00 |

**Creditor's Name**
Attn: Managing Agent
5935 Carnegie Blvd
Charlotte, NC 28209
**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**
4642

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Commercial building located at 1329 Brightleaf Blvd., Bldg. C, Smithfield NC

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Barbetta, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.10

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | | | |
|---|---|---|---|

**KeyBank National Assoc.**
Creditor's Name

Attn: Managing Agent
5935 Carnegie Blvd
Charlotte, NC 28209
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
4645

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.7

**Describe debtor's property that is subject to a lien**
Two Properties:
300 S. Sharpe Street, Selma NC (valued $233,660)
113 E. Railroad Street, Selma NC (78,200)

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$167,487.59     $311,860.00

---

| 2.1 4 | | | |
|---|---|---|---|

**KS Bank**
Creditor's Name

Attn: Manager or Agent
PO Box 6
Selma, NC 27576
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
4369

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2009 Mesa Ct., Clayton NC (valued $222,940)
1329 Brightleaf Blvd, Bldg. A, B, D, Smithfield, NC (valued $723,570)
109-115 E. Oak St., Selma, NC (valued $363,090)
311 E. Lizzie St., Selma, NC (valued $59,260)
101 S. Raeford St., Selma, N

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,137,075.44     $1,894,060.00

---

| 2.1 5 | | | |
|---|---|---|---|

**VFC Partners 14, LLC**          **Describe debtor's property that is subject to a lien**          $237,505.29     $342,950.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Barbetta, LLC
_____
Name

Case number (if know) _____

| | |
|---|---|
| Creditor's Name<br>c/o Will Esser<br>401 S Tryon St<br>Charlotte, NC 28202 | 11 apartments located at 100 W. Anderson Street, Selma NC |
| Creditor's mailing address | **Describe the lien**<br>Deed of Trust |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** 0564 | **As of the petition filing date, the claim is:** Check all that apply |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.16 | VFC Partners 14, LLC | **Describe debtor's property that is subject to a lien** | $270,319.86 | $352,370.00 |
|---|---|---|---|---|
| | Creditor's Name<br><br>c/o Will Esser<br>401 S Tryon St<br>Charlotte, NC 28202 | Office buildings located at<br>203, 205, and 205A S. Pollock Street, Selma NC (valued $137,860)<br>207 S. Pollock Street, Selma NC (valued $214510) | | |
| | Creditor's mailing address | **Describe the lien**<br>Deed of Trust | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** 0440 | **As of the petition filing date, the claim is:** Check all that apply | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.17 | VFC Partners 14, LLC | **Describe debtor's property that is subject to a lien** | $270,310.00 | $432,010.00 |
|---|---|---|---|---|
| | Creditor's Name<br>c/o Will Esser<br>401 S Tryon St<br>Charlotte, NC 28202 | Commercial building located at 303 N. Church Street, Kenly NC | | |
| | Creditor's mailing address | **Describe the lien**<br>Deed of Trust | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 7 of 15

Debtor  Barbetta, LLC

Case number (if known) _____

Name

**Last 4 digits of account number**
0556

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **VFC Partners 14, LLC** | **Describe debtor's property that is subject to a lien** | $225,258.11 | $292,080.00 |
|---|---|---|---|---|

Creditor's Name

c/o Will Esser
401 S Tryon St
Charlotte, NC 28202

20-30 Noble Street, Smithfield NC

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
0467

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 9 | **VFC Partners 14, LLC** | **Describe debtor's property that is subject to a lien** | $900,996.85 | $924,529.00 |
|---|---|---|---|---|

Creditor's Name

c/o Will Esser
401 S Tryon St
Charlotte, NC 28202

Commercial building located at 4312 W. Park Place, Durham NC

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
0548

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 0 | VFC Partners 14, LLC | **Describe debtor's property that is subject to a lien** | $284,634.05 | $578,746.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   Barbetta, LLC
         _____          Case number (if know) _____
         Name

| | |
|---|---|
| Creditor's Name | 2615 Alamance Road, Burlington NC |
| c/o Will Esser | |
| 401 S Tryon St | |
| Charlotte, NC 28202 | |
| Creditor's mailing address | **Describe the lien** |
| | Deed of Trust |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** 5156 | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| | | | |
|---|---|---|---|
| **2.2 1** | VFC Partners 14, LLC | **Describe debtor's property that is subject to a lien** | $424,283.42   $622,879.00 |
| | Creditor's Name | Properties located at: | |
| | | 427 E. Maple Avenue, Burlington NC | |
| | c/o Will Esser | 407 E. Maple Avenue, Burlington NC | |
| | 401 S Tryon St | 5 Mebane Street, Burlington NC | |
| | Charlotte, NC 28202 | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | Deed of Trust | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ☐ No | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** 5148 | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| | ■ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | | ☐ Disputed | |

| | | | |
|---|---|---|---|
| **2.2 2** | VFC Partners 14, LLC | **Describe debtor's property that is subject to a lien** | $525,835.16   $783,290.00 |
| | Creditor's Name | 414 Chicago Drive, Fayetteville NC | |
| | c/o Will Esser | | |
| | 401 S Tryon St | | |
| | Charlotte, NC 28202 | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | Deed of Trust | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ☐ No | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Barbetta, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

4288

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 3**

VFC Partners 14, LLC
Creditor's Name

c/o Will Esser
401 S Tryon St
Charlotte, NC 28202
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**


**Last 4 digits of account number**
7430

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
416, 420, & 424 Chicago Drive, Fayetteville NC


**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$273,794.27    $535,615.00

---

**2.2 4**

VFC Partners 14, LLC
Creditor's Name

c/o Will Esser
401 S Tryon St
Charlotte, NC 28202
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**


**Last 4 digits of account number**
3958

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
426 Chicago Drive, Fayetteville NC


**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$312,475.70    $492,768.00

---

**2.2 5**

VFC Partners 14, LLC

**Describe debtor's property that is subject to a lien**

$190,842.63    $262,100.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 15

Debtor    Barbetta, LLC                                                    Case number (if know) _____
          Name

| | |
|---|---|
| Creditor's Name | 106 Tarheel Court, Elizabeth City NC |
| c/o Will Esser<br>401 S Tryon St<br>Charlotte, NC 28202 | |
| Creditor's mailing address | **Describe the lien**<br>Deed of Trust |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** 0579 | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 6 | VFC Partners 14, LLC | **Describe debtor's property that is subject to a lien** | $959,201.07 | $1,066,300.00 |
|---|---|---|---|---|
| | Creditor's Name | 2359 S. Hwy 105, Boone NC | | |
| | c/o Will Esser<br>401 S Tryon St<br>Charlotte, NC 28202 | | | |
| | Creditor's mailing address | **Describe the lien**<br>Deed of Trust | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** 7039 | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.2 7 | VFC Partners 14, LLC | **Describe debtor's property that is subject to a lien** | $372,830.32 | $413,990.00 |
|---|---|---|---|---|
| | Creditor's Name | Commercial building located at 2950 W. Broad Street, Elizabethtown NC | | |
| | c/o Will Esser<br>401 S Tryon St<br>Charlotte, NC 28202 | | | |
| | Creditor's mailing address | **Describe the lien**<br>Deed of Trust | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** 6993 | | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   Barbetta, LLC
_____
Name

Case number (if know)   _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 8 | **VFC Partners 14, LLC** | **Describe debtor's property that is subject to a lien** | $1,373,117.23 | $1,762,800.00 |
|---|---|---|---|---|

Creditor's Name

c/o Will Esser
401 S Tryon St
Charlotte, NC 28202
_____
Creditor's mailing address

1065 Vinehaven Court, Concord NC

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
2886

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 9 | **VFC Partners 14, LLC** | **Describe debtor's property that is subject to a lien** | $870,650.70 | $1,366,980.00 |
|---|---|---|---|---|

Creditor's Name

Two Properties located at:

5994 Caldwell Park Drive, Harrisburg NC ($1,007,070.00)
5998 Caldwell Park Drive, Harrisburg NC ($359,910.00)

c/o Will Esser
401 S Tryon St
Charlotte, NC 28202
_____
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **VFC Partners 14, LLC** | **Describe debtor's property that is subject to a lien** | $167,736.07 | $278,701.00 |
|---|---|---|---|---|

Debtor    Barbetta, LLC
_____          Case number (if known) _____
         Name

| Creditor's Name | | |
|---|---|---|
| c/o Will Esser | Commercial building located at 518 Lewis Street, Oxford NC | |
| 401 S Tryon St | | |
| Charlotte, NC 28202 | | |
| Creditor's mailing address | **Describe the lien** | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | VFC Partners 14, LLC | **Describe debtor's property that is subject to a lien** | $379,580.07 | $461,350.00 |
|---|---|---|---|---|
| | Creditor's Name | 414 Piedmont Drive, Lexington NC | | |
| | c/o Will Esser | | | |
| | 401 S Tryon St | | | |
| | Charlotte, NC 28202 | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | VFC Partners 14, LLC | **Describe debtor's property that is subject to a lien** | $33,366.45 | $551,063.00 |
|---|---|---|---|---|
| | Creditor's Name | 10 Medical Center, Henderson NC | | |
| | c/o Will Esser | | | |
| | 401 S Tryon St | | | |
| | Charlotte, NC 28202 | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Debtor   Barbetta, LLC
_____
Name

Case number (if know) _____

| | |
|---|---|

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | | |
|---|---|---|

**VFC Partners 14, LLC**
Creditor's Name

c/o Will Esser
401 S Tryon St
Charlotte, NC 28202
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
90 Tanglewood Drive, Louisburg NC

$204,305.43          $515,980.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | | |
|---|---|---|

**VFC Partners 14, LLC**
Creditor's Name

c/o Will Esser
401 S Tryon St
Charlotte, NC 28202
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
224 Peedin Road, Smithfield NC

$500,128.22          $569,870.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | | |
|---|---|---|

**VFC Partners 14, LLC**
Creditor's Name

c/o Will Esser
401 S Tryon St
Charlotte, NC 28202
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2201 Brewer Road, Winston Salem NC

$963,600.50          $931,600.00

**Describe the lien**

---

Debtor   Barbetta, LLC
         _____                    Case number (if know) _____
         Name

Creditor's email address, if known                **Is the creditor an insider or related party?**
                                                   ■ No
                                                   ☐ Yes
**Date debt was incurred**                         **Is anyone else liable on this claim?**
                                                   ■ No
**Last 4 digits of account number**                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply
■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative           ☐ Disputed
priority.

---

| | |
|---|---|
| 3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $15,062,067.48 |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D                   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                   page 15 of 15

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Barbetta, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | Unknown | $0.00 |
| | Alamance County Tax Collector Attn: Manager or Agent 124 West Elm Street Graham, NC 27253 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | Unknown | $0.00 |
| | Bladen County Tax Collector Attn: Manager or Agent 201 E. King Street Elizabethtown, NC 28337 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | | |

Debtor   **Barbetta, LLC**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>Buncombe County Tax Coll.<br>Attn: Manager or Agent<br>94 Coxe Avenue<br>Asheville, NC 28801 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown     $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address<br>Cabarrus County Tax Office<br>Attn: Manager or Agent<br>65 Church St S<br>Concord, NC 28025 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown     $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address<br>City of Burlington<br>Attn: Manager or Agent<br>PO Box 1358<br>Burlington, NC 27216 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,177.30     $7,177.30 |
| | Date or dates debt was incurred<br>2018 | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address<br>City of Elizabethtown<br>Attn: Manager or Agent<br>805 W Broad St<br>Elizabethtown, NC 28337 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,376.47     $3,376.47 |
| | Date or dates debt was incurred<br>2018 | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Barbetta, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.7** | Priority creditor's name and mailing address

Cumberland County Tax Coll.
Attn:  Manager or Agent
P.O. Box 363
Fayetteville, NC 28302

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address

Davidson County Tax Collector
Attn: Manager or Agent
913 Greensboro St
Lexington, NC 27292

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address

Durham County Tax Collector
Attn: Manager or Agent
200 E. Main Street
Durham, NC 27701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address

Forsyth Co Tax Collector
Attn: Managing Agent
201 N Chestnut St
Winston Salem, NC 27101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Barbetta, LLC**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown   $0.00 |

**2.11**

Priority creditor's name and mailing address

Franklin County Tax Collector
Attn: Manager, Agent, Officer
215 E Nash St #102
Louisburg, NC 27549

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Unknown   $0.00

---

**2.12**

Priority creditor's name and mailing address

Granville Co. Tax Collect
Attn:  Manager or Agent
P.O. Box 219
Oxford, NC 27565

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Unknown   $0.00

---

**2.13**

Priority creditor's name and mailing address

Harnett Co Tax Collector
Attn: Manager or Agent
350 W Cornelius Harnett Blvd
Suite 101
Lillington, NC 27546

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Unknown   $0.00

---

**2.14**

Priority creditor's name and mailing address

Johnston Co. Tax Collector
Attn: Manager, Agent, Officer
P.O. Box 451
Smithfield, NC 27577

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Unknown   $0.00

Debtor    **Barbetta, LLC**
_____    Case number _(if known)_ _____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**2.15**

Priority creditor's name and mailing address

Pasquotank County Tax Coll.
Attn: Manager or Agent
P.O. Box 586
Elizabeth City, NC 27907-0586

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Unknown    $0.00

---

**2.16**

Priority creditor's name and mailing address

Randolph County Tax Collector
Attn: Manager or Agent
725 McDowell Rd
Asheboro, NC 27205

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Unknown    $0.00

---

**2.17**

Priority creditor's name and mailing address

Rowan Co Tax Collector
Attn: Managing Agent
402 N Main Street
Salisbury, NC 28144

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Unknown    $0.00

---

**2.18**

Priority creditor's name and mailing address

Stanly County Tax Collector
Attn: Manager or Agent
201 S 2nd St
Albemarle, NC 28001

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Unknown    $0.00

---

| Debtor | Barbetta, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | Vance Co. Tax Collector<br>Attn: Manager or Agent<br>122 Young Street<br>Henderson, NC 27536 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | Watagua County Tax Coll.<br>Attn: Managing Agent<br>842 W. King St., Suite 21<br>Boone, NC 28607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | $70,620.30 |
| | LG Funding Services<br>Attn: Manager, Officer, Agent<br>1218 Union Street, Ste. 2<br>Brooklyn, NY 11225 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.2** | **Nonpriority creditor's name and mailing address** | $96,990.00 |
| | Rapid Advance<br>Attn: Managing Agent<br>7316 Wisconson Avenue<br>Bethesda, MD 20814 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number**  4866 | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 10,553.77 |

| Debtor | Barbetta, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**5b. Total claims from Part 2**

5b. + $                    167,610.30

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $                    178,164.07

**Fill in this information to identify the case:**

Debtor name       Barbetta, LLC

United States Bankruptcy Court for the:       EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

Case number (if known)       _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest       Lease of 113 E. Oak Street, Selma NC | |
| State the term remaining | ACC On Demand, Inc. Attn: Manager or Agent 113 E. Oak Street Selma, NC 27576 |
| List the contract number of any government contract | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest       Lease of 214 Peedin Street, Smithfield NC | |
| State the term remaining | Action Staffing Group, Inc. Attn: Manager or Agent 214 Peedin Road Smithfield, NC 27577 |
| List the contract number of any government contract | |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest       Lease of 111 E. Oak Street & 109 E. Oak Street, Selma NC | |
| State the term remaining | Adventure Development, LLC Attn: Manager or Agent 111 E. Oak Street Selma, NC 27576 |
| List the contract number of any government contract | |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest       Lease of 100 W. Anderson Street, Suite A, Selma NC | |
| State the term remaining       Terminates 10/10/18 | Brandon Patrick L Thrash, Jr. 100 W. Anderson Street, Ste. A Selma, NC 27576 |
| List the contract number of any government contract | |

Debtor 1  Barbetta, LLC
_____          Case number (*if known*) _____
First Name        Middle Name        Last Name

◼ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 2009 Mesa Court, Clayton NC | |
|---|---|---|---|
| | State the term remaining | Terminates 5/31/20 | Charles E. Hester, Jr. |
| | List the contract number of any government contract | | 2009 Mesa Court Clayton, NC 27527 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 2014 GMC | |
|---|---|---|---|
| | State the term remaining | | Charles E. Hester, Sr. |
| | List the contract number of any government contract | | PO Box 97 Selma, NC 27576 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 1329 Brightleaf Blvd., Building A, Suite A-1, Smithfield NC | |
|---|---|---|---|
| | State the term remaining | Terminates 6/30/22 | Chiropractic Health Center Attn: Manager or Agent |
| | List the contract number of any government contract | | 1329 Brightleaf Blvd., Bldg A1 Smithfield, NC 27577 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 426 Chicago Drive, Fayetteville NC | |
|---|---|---|---|
| | State the term remaining | Terminates June 2019 | City of Fayetteville Attn: Manager or Agent |
| | List the contract number of any government contract | | 426 Chicago Drive Selma, NC 27576 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 100 W. Anderson Street, Suite I, Selma NC | |
|---|---|---|---|
| | State the term remaining | | Claudia Macias |
| | List the contract number of any government contract | | 100 W. Anderson Street, Ste. I Selma, NC 27576 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 100 W. Anderson Street, Suite D, Selma NC | |
|---|---|---|---|
| | State the term remaining | Terminates 5/1/19 | Craig L. Inscore |
| | List the contract number of any | | 100 W. Anderson Street, Ste. D Selma, NC 27576 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   Barbetta, LLC
First Name          Middle Name          Last Name

Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 427 E. Maple Avenue, Burlington NC Creat | |
| | State the term remaining | | Creative Directions, Inc. Attn: Manager or Agent 427 E. Maple Avenue Burlington, NC 27215 |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 100 W. Anderson Street, Suite E, Selma NC | |
| | State the term remaining | Terminates 10/31/18 | Douglas Richmond 100 W. Anderson Street, Ste. E Selma, NC 27576 |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 1329 Brightleaf Blvd., Building B, Suite B-1 and B-2, Smithfield NC | |
| | State the term remaining | Terminates 7/31/22 | DSPS Services Attn: Manager or Agent 1329 B-1 N. Brightleaf Blvd Smithfield, NC 27577 |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 518 Lewis Street, Oxford NC | |
| | State the term remaining | | General Services Admin. Attn: Manager or Agent 518 Lewis Street Oxford, NC 27565 |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | 2018 SilveradoTruck VIN#1GCRCPEH5JZ215330 | |
| | State the term remaining | | GM Financial Attn: Manager, Agent, Officer PO Box 183834 Arlington, TX 76096-3834 |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 311 E. Lizzie Street, Selma NC | Henry Budde & Issa Ayala 311 E. Lizzie Street Selma, NC 27576 |

Debtor 1  Barbetta, LLC
     First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 420 Chicago Drive, Fayetteville NC | Integrated Sales & Service Inc<br>Attn: Manager or Agent<br>420 Chicago Drive<br>Fayetteville, NC 28306 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 103 S. Raiford Street, Selma NC | Jennifer Peele<br>103 S. Raiford Street<br>Selma, NC 27576 |
| State the term remaining — Terminates 1/31/19 | |
| List the contract number of any government contract | |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 100 W. Anderson Street, Suite H, Selma NC | John Altman<br>100 W. Anderson Street, Ste. H<br>Selma, NC 27576 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest — Lease of commercial space located at 218 Peedin Road, Smithfield NC | Mega Force Staffing Group<br>Attn: Manager or Agent<br>218 Peedin Road<br>Smithfield, NC 27577 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 100 W. Anderson Street, Suite F, Selma NC | Michael Pressley<br>100 W. Anderson Street, Ste. F<br>Selma, NC 27576 |
| State the term remaining | |
| List the contract number of any government contract | |

Debtor 1    Barbetta, LLC
            First Name        Middle Name        Last Name                    Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest | Lease of 303 N. Church Street, Kenly NC | |
| State the term remaining | | Ms. Liza's Growing Mind LLC Attn: Manager or Agent 303 N. Church Street Kenly, NC 27542 |
| List the contract number of any government contract | | |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest | Lease of 2201 Brewer Road, Winston-Salem NC | |
| State the term remaining | | N.C. Dept Health & Human Svcs Attn: Manager or Agent 3026 Mail Service Center Raleigh, NC 27699-3026 |
| List the contract number of any government contract | | |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest | Lease of 2359 Hwy 105 N, Boone NC | |
| State the term remaining | Terminates 10/31/22 | N.C. Dept Health & Human Svcs Attn: Manager or Agent 3026 Mail Service Center Raleigh, NC 27699-3026 |
| List the contract number of any government contract | | |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest | Lease of 2615 Alamance Road, Burlington NC | |
| State the term remaining | Terminates 8/31/23 | N.C. Dept Health & Human Svcs Attn: Manager or Agent 3026 Mail Service Center Raleigh, NC 27699-3026 |
| List the contract number of any government contract | | |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest | Lease of 4312 Western Park Place, Durham NC | |
| State the term remaining | Terminates 8/31/23 | N.C. Dept Health & Human Svcs Attn: Manager or Agent 3026 Mail Service Center Raleigh, NC 27699-3026 |
| List the contract number of any government contract | | |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest | Lease of 1065 Vinehaven Court, Concord NC | |
| State the term remaining | Terminates 9/30/20 | N.C. Dept Health & Human Svcs Attn: Manager or Agent 3026 Mail Service Center Raleigh, NC 27699-3026 |
| List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  Barbetta, LLC
    First Name           Middle Name           Last Name                  Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 12 Barbetta Drive, Asheville NC | |
| | State the term remaining | Terminates 4/30/21 | N.C. Dept Health & Human Svcs Attn: Manager or Agent 3026 Mail Service Center Raleigh, NC 27699-3026 |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 8 Barbetta Drive, Asheville NC | |
| | State the term remaining | Terminates 6/30/21 | N.C. Dept Health & Human Svcs Attn: Manager or Agent 3026 Mail Service Center Raleigh, NC 27699-3026 |
| | List the contract number of any government contract | | |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 205 Guffy Street, Salisbury NC | |
| | State the term remaining | Terminates 1/31/19 | N.C. Dept Health & Human Svcs Attn: Manager or Agent 3026 Mail Service Center Raleigh, NC 27699-3026 |
| | List the contract number of any government contract | | |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 414 Piedmont Drive, Lexington NC | |
| | State the term remaining | Terminates 6/30/22 | N.C. Dept Health & Human Svcs Attn: Manager or Agent 3026 Mail Service Center Raleigh, NC 27699-3026 |
| | List the contract number of any government contract | | |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 224 Peeden Road, Smithfield NC | |
| | State the term remaining | Terminates 10/31/23 | N.C. Dept Health & Human Svcs Attn: Manager or Agent 3026 Mail Service Center Raleigh, NC 27699-3026 |
| | List the contract number of any government contract | | |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 10 Medical Court, Henderson NC | N.C. Dept Health & Human Svcs Attn: Manager or Agent 3026 Mail Service Center Raleigh, NC 27699-3026 |

| Debtor 1 | Barbetta, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining — Terminates 3/31/22 | |
| List the contract number of any government contract _____ | |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 414 Chicago Drive, Fayetteville NC | |
| State the term remaining — Terminates 10/31/22 | N.C. Dept. of Public Safety<br>Attn: Manager or Agent<br>4227 Mail Service Center<br>Raleigh, NC 27699-4200 |
| List the contract number of any government contract _____ | |
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 5998 Caldwell Park Drive, Harrisburg NC | |
| State the term remaining — Terminates 11/30/21 | N.C. Dept. of Public Safety<br>Attn: Manager or Agent<br>4227 Mail Service Center<br>Raleigh, NC 27699-4200 |
| List the contract number of any government contract _____ | |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 5994 Caldwell Drive, Harrisburg NC | |
| State the term remaining — Terminates 11/30/21 | N.C. Dept. of Public Safety<br>Attn: Manager or Agent<br>4227 Mail Service Center<br>Raleigh, NC 27699-4200 |
| List the contract number of any government contract _____ | |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 90 Tanglewood Drive, Louisburg NC | |
| State the term remaining — Terminates 9/30/19 | NC Dept of Transportation<br>Attn:  Manager or Agent<br>1525 Mail Service Center<br>Raleigh, NC 27699 |
| List the contract number of any government contract _____ | |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 215 Friendly Road, Asheboro NC | |
| State the term remaining — Terminates 12/30/18 | New Horizons Treatment Center<br>Attn: Manager or Agent<br>215 Friendly Road<br>Asheboro, NC 27203 |
| List the contract number of any government contract _____ | |

Debtor 1    Barbetta, LLC
    First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 501 West Martin Luther King Blvd., Selma NC | |
|---|---|---|---|
| | State the term remaining | | Noelia Figuere |
| | List the contract number of any government contract | | 501 W Martin Luther King Blvd Selma, NC 27576 |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 300 S. Sharpe Street, Selma NC | |
|---|---|---|---|
| | State the term remaining | Terminates 12/31/19 | Patricia & Mia Smith |
| | List the contract number of any government contract | | 300 S. Sharpe Street Selma, NC 27576 |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 101 South Raiford Street, Selma NC | |
|---|---|---|---|
| | State the term remaining | | Platform Brand Identity Attn: Manager or Agent |
| | List the contract number of any government contract | | 101 S. Raiford Street Selma, NC 27576 |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commerical space at 1329 Brightleaf Blvd, Building B, Suite B-3, Smithfield NC | |
|---|---|---|---|
| | State the term remaining | | Preparing to Soar, Inc. Attn: Manager or Agent |
| | List the contract number of any government contract | | 1329 Brightleaf Blvd., Bldg B3 Smithfield, NC 27577 |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial space located at 1329 Brightleaf Blvd, Building D, Smithfield NC | |
|---|---|---|---|
| | State the term remaining | | Pride in NC, LLC Attn: Manager or Agent |
| | List the contract number of any government contract | | 1329 Brightleaf Blvd, Bldg D Smithfield, NC 27577 |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial building located at 2950 W. Broad Street, Elizabethtown NC | |
|---|---|---|---|
| | State the term remaining | Terminates 9/14/18 | Primary Health Choice, Inc. Attn: Manager or Agent |
| | List the contract number of any | | PO Box 159 Saint Pauls, NC 28384 |

Debtor 1    Barbetta, LLC
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 1329 Brightleaf Blvd., Building A, Suites A-2 & A-3, Smithfield NC | |
|---|---|---|---|
| | State the term remaining | Terminates 7/31/22 | Re-Entry, Inc. Attn: Manager or Agent 1329 Brightleaf Blvd Ste. A-2 Smithfield, NC 27577 |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 222 Peedin Road, Smithfield NC | |
|---|---|---|---|
| | State the term remaining | | Senior Resources Service, Inc. Attn: Manager or Agent 222 Peedin Road Smithfield, NC 27577 |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 100 W. Anderson Street, Suite L, Selma NC | |
|---|---|---|---|
| | State the term remaining | | Sue Guy 100 W. Anderson Street, Ste. L Selma, NC 27576 |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 103 N. Raiford Street, Selma NC | |
|---|---|---|---|
| | State the term remaining | | Tactical Sewn Products Attn: Manager or Agent 103 N. Raiford Street Selma, NC 27576 |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 1006 S. Pollock Street, Selma NC | |
|---|---|---|---|
| | State the term remaining | | Tele-Taxi Attn: Manager or Agent 1006 S. Pollock Street Selma, NC 27576 |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 5 Barbetta Drive, Asheville NC | The Nature Conservancy Attn: Manager or Agent 334 Blackwell Street, Ste. 300 Durham, NC 27701 |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   Barbetta, LLC
      First Name      Middle Name      Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining — Terminates 7/31/23<br><br>List the contract number of any government contract — _____ | |
| **2.51.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 224 Peeden Road, Suite B, Smithfield NC<br><br>State the term remaining — Terminates 8/31/18<br><br>List the contract number of any government contract — _____ | The Thrasher Group<br>Attn: Manager or Agent<br>224 Peeden Rd. Ste B<br>Smithfield, NC 27577 |
| **2.52.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 99 Rutherford Road, Candler NC<br><br>State the term remaining —<br><br>List the contract number of any government contract — _____ | United States Postal Service<br>Attn: Mid-Atlantic FSO<br>P.O. Box 27497<br>Greensboro, NC 27498-1103 |
| **2.53.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 212 NC Hwy 49 N., Richfield NC<br><br>State the term remaining — Terminates 6/15/20<br><br>List the contract number of any government contract — _____ | United States Postal Service<br>Attn: Mid-Atlantic FSO<br>P.O. Box 27497<br>Greensboro, NC 27498-1103 |
| **2.54.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 100 W. Anderson Street, Suite J, Selma NC<br><br>State the term remaining —<br><br>List the contract number of any government contract — _____ | Wiliam Betterton<br>100 W. Anderson Street, Ste. J<br>Selma, NC 27576 |

**Fill in this information to identify the case:**

Debtor name _____ Barbetta, LLC

United States Bankruptcy Court for the: ___ EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D   2.24<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D   2.15<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D   2.21<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D   2.27<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D   2.16<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Barbetta, LLC | Case number *(if known)* | |
|--------|---------------|--------------------------|---|

**▮ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D   2.20<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D   2.17<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D   2.23<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D   2.22<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D   2.18<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D   2.19<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D   2.28<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D   2.25<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Barbetta, LLC | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D __2.26__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | Bank OZK | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | Bank OZK | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | Bank OZK | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | Barbetta G. Hester | PO Box 97<br>Selma, NC 27576 | Bank OZK | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | Charles E. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D __2.24__<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | Charles E. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D __2.15__<br>☐ E/F ____<br>☐ G ____ |
| 2.21 | Charles E. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D __2.21__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor    Barbetta, LLC

Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22  Charles E. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D __2.27__<br>☐ E/F _____<br>☐ G _____ |
| 2.23  Charles E. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D __2.16__<br>☐ E/F _____<br>☐ G _____ |
| 2.24  Charles E. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D __2.20__<br>☐ E/F _____<br>☐ G _____ |
| 2.25  Charles E. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D __2.17__<br>☐ E/F _____<br>☐ G _____ |
| 2.26  Charles E. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D __2.23__<br>☐ E/F _____<br>☐ G _____ |
| 2.27  Charles E. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D __2.22__<br>☐ E/F _____<br>☐ G _____ |
| 2.28  Charles E. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D __2.18__<br>☐ E/F _____<br>☐ G _____ |
| 2.29  Charles E. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D __2.19__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    Barbetta, LLC _____     Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | Charles E. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D ___2.28___<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | Charles E. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D ___2.25___<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | Charles E. Hester | PO Box 97<br>Selma, NC 27576 | VFC Partners 14, LLC | ■ D ___2.26___<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | Charles E. Hester | PO Box 97<br>Selma, NC 27576 | Bank OZK | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | Charles E. Hester | PO Box 97<br>Selma, NC 27576 | Bank OZK | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | Charles E. Hester | PO Box 97<br>Selma, NC 27576 | Bank OZK | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | Charles E. Hester | PO Box 97<br>Selma, NC 27576 | Bank OZK | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Barbetta, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2018 to Filing Date | ■ Operating a business<br>☐ Other _____ | $584,176.60 |
| For prior year: From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $2,349,755.00 |
| For year before that: From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $1,750,938.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Barbetta, LLC _____    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Rapid Advance<br>Attn: Managing Agent<br>7316 Wisconson Avenue<br>Bethesda, MD 20814 | May - July | $60,780.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | LG Funding Services<br>Attn: Manager, Officer, Agent<br>1218 Union Street, Ste. 2<br>Brooklyn, NY 11225 | May - July | $28,755.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Penn National<br>Attn: Manager or Agent<br>PO Box 2257<br>Harrisburg, PA 17105 | July 2018 | $9,929.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Insurance_ |
| 3.4. | The Insurance Shoppe<br>Attn: Manager or Agent<br>1360 N Brightleaf Blvd<br>Smithfield, NC 27577 | July 2018 | $11,577.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Insurance_ |
| 3.5. | Custom Painting<br>Attn: Manager or Agent<br>704 Dove Street<br>Sumter, SC 29150 | July 2018 | $13,950.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | KS Bank<br>Attn: Managing Agent<br>PO Box 6<br>Selma, NC 27576 | monthly payments | $21,790.05 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | KeyBank National Assoc.<br>Attn: Managing Agent<br>5935 Carnegie Blvd<br>Charlotte, NC 28209 | monthly payments | $22,710.33 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | Bank OZK<br>Attn: Manager, Agent, Officer<br>4200 Park Road<br>Charlotte, NC 28209 | monthly payments | $49,785.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    Barbetta, LLC _____    Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9. VFC Partners 14, LLC<br>c/o Will Esser<br>401 S Tryon St<br>Charlotte, NC 28202 | April 2018 | $61,893.20 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

Debtor    Barbetta, LLC                                                          Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Selma Middle School<br>1533 US-301<br>Selma, NC 27576 | Monetary gift | June 2018 | $1,250.00 |
| | **Recipients relationship to debtor** | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Stubbs & Perdue, P.A.<br>310 Craven Street<br> PO Box 1654<br>New Bern, NC 28563-1654 | $50,000.00 | 7/20/18 | $50,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor   Barbetta, LLC                                     Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | CVR Associates LLLP 4725 Piedmont Row Dr., Suite 800 Charlotte, NC 28210 | Real estate and building located at 11035 Golf Links Dr., Charlotte, NC | June 14, 2018 | $2,500,000.00 |
| | Relationship to debtor None | | | |

## Part 7:   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

Debtor    Barbetta, LLC                                           Case number *(if known)*

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    Barbetta, LLC _____    Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Dunn, Dunn & Oakes, CPAs PLLC<br>301 S. Second Street<br>Smithfield, NC 27577 | 1981 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Paragon Bank<br>Attn: Manager or Agent<br>3535 Glenwood Ave.<br>Raleigh, NC 27612 |
| 26d.2.   Capital Bank<br>Attn: Manager or Agent<br>4801 Glenwood Ave, Suite 500<br>Raleigh, NC 27612 |
| 26d.3.   PMC Real Estate Capital<br>Attn: Manager, Agent, Officer<br>8816 Six Forks Rd # 211<br>Raleigh, NC 27615 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Barbetta, LLC

Case number *(if known)*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Ronald J. Hester | PO Box 97 Selma, NC 27576 | Member-Manager | 37% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Heidi Hester | PO Box 97 Selma, NC 27576 | Member | 33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Charles E. Hester, Jr. | PO Box 97 Selma, NC 27576 | Member | 15% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Melissa Dayoub | 100 Chestnut Hill Drive Canton, GA 30114 | Member | 15% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | Ronald E. Hester PO Box 97 Selma, NC 27576 | $63,380.00 | July 2017 - July 2018 | Salary |
| | **Relationship to debtor** Member-Manager | | | |
| 30.2. | Heidi Hester PO Box 97 Selma, NC 27576 | $9,000.00 | July 2017 - July 2018 | Services |
| | **Relationship to debtor** Member | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    Barbetta, LLC                                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | Charles E. Hester, Sr.<br>PO Box 97<br>Selma, NC 27576 | $21,425.00 | July 2017 - July 2018 | Salary |
| | **Relationship to debtor**<br>Manager | | | |
| 30.4. | Melissa Dayoub<br>100 Chestnut Hill Drive<br>Canton, GA 30114 | $14,310.00 | July 2017 - July 2018 | Salary |
| | **Relationship to debtor**<br>Member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  Barbetta, LLC _____   Case number *(if known)* _____

___

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 27, 2018 _____

/s/ Ronald J. Hester _____          Ronald J. Hester _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   Member Manager _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re    Barbetta, LLC        Case No. _____

                                            Debtor(s)      Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Charles E. Hester, Jr.<br>PO Box 97<br>Selma, NC 27576 | | 15% | Member |
| Heidi Hester<br>PO Box 97<br>Selma, NC 27576 | | 33% | Member |
| Melissa Dayoub<br>100 Chestnut Hill Drive<br>Canton, GA 30114 | | 15% | Member |
| Ronald E. Hester<br>PO Box 97<br>Selma, NC 27576 | | 37% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July 27, 2018                    Signature   /s/ Ronald J. Hester

                                                               Ronald J. Hester

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of North Carolina - Raleigh Division

In re   Barbetta, LLC

                                 Debtor(s)

Case No. _____

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Member Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    July 27, 2018                        /s/ Ronald J. Hester

                                          Ronald J. Hester/Member Manager
                                        Signer/Title

BARBETTA, LLC
P.O. BOX 97
SELMA, NC 27576

BANKRUPTCY ADMINISTRATOR
ATTN: MARJORIE LYNCH
434 FAYETTEVILLE STREET
SUITE 640
RALEIGH, NC 27601

SECURITIES & EXCHANGE COM
OFFICE OF REORGANIZATION
950 E PACES FERRY RD NE 900
ATLANTA, GA 30326-1382

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT OF REVENUE
OFFICE SERVICES DIVISION
ATTN:  BANKRUPTCY UNIT
P.O. BOX 1168
RALEIGH, NC 27602-1168

UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
ATTN: MANAGER, AGENT, OFFICER
P.O. BOX 73466
PHILADELPHIA, PA 19101

ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

NC DEPT OF REVENUE
OFFICE SERVICES DIVISION
ATTN:  BANKRUPTCY UNIT
P.O. BOX 1168
RALEIGH, NC 27602-1168

JOSH STEIN, ATTORNEY GENERAL
STATE OF NC
9001 MAIL SERVICE CENTER
RALEIGH, NC 27699-9001

ACC ON DEMAND, INC.
ATTN: MANAGER OR AGENT
113 E. OAK STREET
SELMA, NC 27576

ACTION STAFFING GROUP, INC.
ATTN: MANAGER OR AGENT
214 PEEDIN ROAD
SMITHFIELD, NC 27577

ADVENTURE DEVELOPMENT, LLC
ATTN: MANAGER OR AGENT
111 E. OAK STREET
SELMA, NC 27576

ALAMANCE COUNTY TAX COLLECTOR
ATTN: MANAGER OR AGENT
124 WEST ELM STREET
GRAHAM, NC 27253

BANK OZK
ATTN: MANAGER, AGENT, OFFIC
4200 PARK ROAD
CHARLOTTE, NC 28209

BARBETTA G. HESTER
PO BOX 97
SELMA, NC 27576

BEDFORD CAPITAL TRUST 2001-1
ATTN: MANAGER OR AGENT
333 EARLE OVINGTON BLVD #900
UNIONDALE, NY 11553

BLADEN COUNTY TAX COLLECT
ATTN: MANAGER OR AGENT
201 E. KING STREET
ELIZABETHTOWN, NC 28337

BRANDON PATRICK L THRASH, JR.
100 W. ANDERSON STREET, STE. A
SELMA, NC 27576

BUNCOMBE COUNTY TAX COLL.
ATTN: MANAGER OR AGENT
94 COXE AVENUE
ASHEVILLE, NC 28801

CABARRUS COUNTY TAX OFFIC
ATTN: MANAGER OR AGENT
65 CHURCH ST S
CONCORD, NC 28025

CHARLES E. HESTER
PO BOX 97
SELMA, NC 27576

CHARLES E. HESTER, JR.
2009 MESA COURT
CLAYTON, NC 27527

CHARLES E. HESTER, JR.
PO BOX 97
SELMA, NC 27576

CHARLES E. HESTER, SR.
PO BOX 97
SELMA, NC 27576

CHIROPRACTIC HEALTH CENTER
ATTN: MANAGER OR AGENT
1329 BRIGHTLEAF BLVD., BLDG A1
SMITHFIELD, NC 27577

CITY OF BURLINGTON
ATTN: MANAGER OR AGENT
PO BOX 1358
BURLINGTON, NC 27216

CITY OF ELIZABETHTOWN
ATTN: MANAGER OR AGENT
805 W BROAD ST
ELIZABETHTOWN, NC 28337

CITY OF FAYETTEVILLE
ATTN: MANAGER OR AGENT
426 CHICAGO DRIVE
SELMA, NC 27576

CLAUDIA MACIAS
100 W. ANDERSON STREET, STE
SELMA, NC 27576

CRAIG L. INSCORE
100 W. ANDERSON STREET, STE. D
SELMA, NC 27576

CREATIVE DIRECTIONS, INC.
ATTN: MANAGER OR AGENT
427 E. MAPLE AVENUE
BURLINGTON, NC 27215

CUMBERLAND COUNTY TAX CO
ATTN:  MANAGER OR AGENT
P.O. BOX 363
FAYETTEVILLE, NC 28302

DAVIDSON COUNTY TAX COLLECTOR
ATTN: MANAGER OR AGENT
913 GREENSBORO ST
LEXINGTON, NC 27292

DOUGLAS RICHMOND
100 W. ANDERSON STREET, STE. E
SELMA, NC 27576

DSPS SERVICES
ATTN: MANAGER OR AGENT
1329 B-1 N. BRIGHTLEAF BLVD
SMITHFIELD, NC 27577

DURHAM COUNTY TAX COLLECTOR
ATTN: MANAGER OR AGENT
200 E. MAIN STREET
DURHAM, NC 27701

FORSYTH CO TAX COLLECTOR
ATTN: MANAGING AGENT
201 N CHESTNUT ST
WINSTON SALEM, NC 27101

FRANKLIN COUNTY TAX COLLEC
ATTN: MANAGER, AGENT, OFFIC
215 E NASH ST #102
LOUISBURG, NC 27549

GENERAL SERVICES ADMIN.
ATTN: MANAGER OR AGENT
518 LEWIS STREET
OXFORD, NC 27565

GM FINANCIAL
ATTN: MANAGER, AGENT, OFFICER
PO BOX 183834
ARLINGTON, TX 76096-3834

GRANVILLE CO. TAX COLLECT
ATTN:  MANAGER OR AGENT
P.O. BOX 219
OXFORD, NC 27565

HARNETT CO TAX COLLECTOR
ATTN: MANAGER OR AGENT
350 W CORNELIUS HARNETT BLVD
SUITE 101
LILLINGTON, NC 27546

HEIDI HESTER
PO BOX 97
SELMA, NC 27576

HENRY BUDDE & ISSA AYALA
311 E. LIZZIE STREET
SELMA, NC 27576

INTEGRATED SALES & SERVICE INC
ATTN: MANAGER OR AGENT
420 CHICAGO DRIVE
FAYETTEVILLE, NC 28306

INTERSTATE GLASS
ATTN: MANAGER OR AGENT
PO BOX 809
SMITHFIELD, NC 27577

JENNIFER PEELE
103 S. RAIFORD STREET
SELMA, NC 27576

JOHN ALTMAN
100 W. ANDERSON STREET, STE. H
SELMA, NC 27576

JOHNSTON CO. TAX COLLECTOR
ATTN: MANAGER, AGENT, OFFICER
P.O. BOX 451
SMITHFIELD, NC 27577

KEYBANK NATIONAL ASSOC.
ATTN: MANAGING AGENT
5935 CARNEGIE BLVD
CHARLOTTE, NC 28209

KS BANK
ATTN: MANAGER OR AGENT
PO BOX 6
SELMA, NC 27576

LG FUNDING SERVICES
ATTN: MANAGER, OFFICER, AGENT
1218 UNION STREET, STE. 2
BROOKLYN, NY 11225

MEGA FORCE STAFFING GROUP
ATTN: MANAGER OR AGENT
218 PEEDIN ROAD
SMITHFIELD, NC 27577

MELISSA DAYOUB
100 CHESTNUT HILL DRIVE
CANTON, GA 30114

MICHAEL PRESSLEY
100 W. ANDERSON STREET, STE. F
SELMA, NC 27576

MS. LIZA'S GROWING MIND LLC
ATTN: MANAGER OR AGENT
303 N. CHURCH STREET
KENLY, NC 27542

N.C. DEPT HEALTH & HUMAN SVCS
ATTN: MANAGER OR AGENT
3026 MAIL SERVICE CENTER
RALEIGH, NC 27699-3026

N.C. DEPT. OF PUBLIC SAFETY
ATTN: MANAGER OR AGENT
4227 MAIL SERVICE CENTER
RALEIGH, NC 27699-4200

NC DEPT OF TRANSPORTATION
ATTN:  MANAGER OR AGENT
1525 MAIL SERVICE CENTER
RALEIGH, NC 27699

NEW HORIZONS TREATMENT CENTER
ATTN: MANAGER OR AGENT
215 FRIENDLY ROAD
ASHEBORO, NC 27203

NOELIA FIGUERE
501 W MARTIN LUTHER KING BLVD
SELMA, NC 27576

PASQUOTANK COUNTY TAX CO
ATTN: MANAGER OR AGENT
P.O. BOX 586
ELIZABETH CITY, NC 27907-0586

PATRICIA & MIA SMITH
300 S. SHARPE STREET
SELMA, NC 27576

PLATFORM BRAND IDENTITY
ATTN: MANAGER OR AGENT
101 S. RAIFORD STREET
SELMA, NC 27576

PREPARING TO SOAR, INC.
ATTN: MANAGER OR AGENT
1329 BRIGHTLEAF BLVD., BLDG B
SMITHFIELD, NC 27577

PRIDE IN NC, LLC
ATTN: MANAGER OR AGENT
1329 BRIGHTLEAF BLVD, BLDG D
SMITHFIELD, NC 27577

PRIMARY HEALTH CHOICE, INC.
ATTN: MANAGER OR AGENT
PO BOX 159
SAINT PAULS, NC 28384

RANDOLPH COUNTY TAX COLLE
ATTN: MANAGER OR AGENT
725 MCDOWELL RD
ASHEBORO, NC 27205

RAPID ADVANCE
ATTN: MANAGING AGENT
7316 WISCONSON AVENUE
BETHESDA, MD 20814

RE-ENTRY, INC.
ATTN: MANAGER OR AGENT
1329 BRIGHTLEAF BLVD STE. A-2
SMITHFIELD, NC 27577

RONALD E. HESTER
PO BOX 97
SELMA, NC 27576

ROWAN CO TAX COLLECTOR
ATTN: MANAGING AGENT
402 N MAIN STREET
SALISBURY, NC 28144

SENIOR RESOURCES SERVICE, INC.
ATTN: MANAGER OR AGENT
222 PEEDIN ROAD
SMITHFIELD, NC 27577

STANLY COUNTY TAX COLLECT
ATTN: MANAGER OR AGENT
201 S 2ND ST
ALBEMARLE, NC 28001

SUE GUY
100 W. ANDERSON STREET, STE. L
SELMA, NC 27576

TACTICAL SEWN PRODUCTS
ATTN: MANAGER OR AGENT
103 N. RAIFORD STREET
SELMA, NC 27576

TELE-TAXI
ATTN: MANAGER OR AGENT
1006 S. POLLOCK STREET
SELMA, NC 27576

THE NATURE CONSERVANCY
ATTN: MANAGER OR AGENT
334 BLACKWELL STREET, STE. 300
DURHAM, NC 27701

THE THRASHER GROUP
ATTN: MANAGER OR AGENT
224 PEEDEN RD. STE B
SMITHFIELD, NC 27577

UNITED STATES POSTAL SERVI
ATTN: MID-ATLANTIC FSO
P.O. BOX 27497
GREENSBORO, NC 27498-1103

VANCE CO. TAX COLLECTOR
ATTN:  MANAGER OR AGENT
122 YOUNG STREET
HENDERSON, NC 27536

VFC PARTNERS 14, LLC
C/O WILL ESSER
401 S TRYON ST
CHARLOTTE, NC 28202

WATAGUA COUNTY TAX COLL.
ATTN:  MANAGING AGENT
842 W. KING ST., SUITE 21
BOONE, NC 28607

WILIAM BETTERTON
100 W. ANDERSON STREET, STE. J
SELMA, NC 27576

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re   Barbetta, LLC                                            Case No. _____
                                                 Debtor(s)                 Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Barbetta, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| July 27, 2018 | /s/ Trawick Stubbs - Laurie B. Biggs |
| Date | Trawick Stubbs - Laurie B. Biggs 4221 - 31845 |
| | Signature of Attorney or Litigant |
| | Counsel for   Barbetta, LLC |
| | Stubbs & Perdue, P.A. |
| | PO Box 1654 |
| | New Bern, NC 28563 |
| | 252-633-2700 Fax:252-633-9600 |
| | tstubbs@stubbsperdue.com |